FILED
JAN 3 0 2024
U.S. Court of Appeals
Eighth Circuit- St. Paul, MN

RECEIVED
JAN 3 0 2024
U.S. Court of Appeals
Eighth Circuit- St. Paul, MN

**UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT**

MINNESOTA TELECOM ALLIANCE,

    Petitioner,

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES OF AMERICA,

    Respondents.

Case No. 24-1179

## PETITION FOR REVIEW

Pursuant to 47 U.S.C. § 402(a), 28 U.S.C. §§ 2342(1) and 2344, 5 U.S.C. § 706, and Federal Rule of Appellate Procedure 15(a), Petitioner Minnesota Telecom Alliance ("MTA") hereby petitions the Court for review of the attached final order of the Federal Communications Commission ("FCC"), captioned *Implementing the Infrastructure Investment and Jobs Act: Prevention and Elimination of Digital Discrimination*, Report and Order and Further Notice of Proposed Rulemaking, GN Docket No. 22-69 (rel. Nov. 20, 2023) ("Order"). The Order was published in the Federal Register on January 22, 2024. *See* 89 Fed. Reg. 4,128. A copy of the Order is attached as Exhibit A.

MTA is a trade association that represents 41 rural broadband providers in Minnesota that operate over 70 independent telecom companies and are a mix of cooperatives, family owned, and commercial companies, the vast majority of

1

which are based in the communities they serve. These members include broadband internet access service providers and other "covered entities" directly regulated by the Order's new rules. *See* Order, Appendix A (to be codified at 47 C.F.R. § 16.2(d)).

This Court has jurisdiction because MTA participated in proceedings before the FCC on behalf of its members aggrieved by the Order. 28 U.S.C. § 2344. Venue is appropriate in this Court because MTA resides and has its principal office in St. Paul, Minnesota. 28 U.S.C. § 2343.

In the Order, the FCC assumes unprecedented authority to regulate the broadband internet economy. Purporting to implement Congress's instruction to "facilitate equal access" to broadband under Section 60506 of the Infrastructure Investment and Jobs Act, 47 U.S.C. § 1754(b), the Order for the first time imposes disparate-impact liability on broadband providers and myriad other entities that assist with providing service and have never been subject to FCC jurisdiction. Under its disparate-impact framework, the FCC would empower itself to micromanage a host of legitimate business practices, including network buildout decisions, pricing, promotions, advertising, contract renewal, and customer service. And the FCC would enforce its new regulatory regime with its entire panoply of enforcement tools, including civil penalties.

The Order is contrary to law, arbitrary, capricious, and an abuse of discretion; exceeds the FCC's authority; and otherwise violates the Administrative Procedure Act. *See* 5 U.S.C. § 706. MTA asks that the Court hold the Order unlawful and set it aside.

Respectfully submitted,

/s/ Thomas M. Johnson, Jr.
Thomas M. Johnson, Jr.
Jeremy J. Broggi
Michael J. Showalter
Boyd Garriott
William Turner
**WILEY REIN LLP**
2050 M Street, NW
Washington, DC 20036
Tel: (202) 719-7000
Fax: (202) 719-7049
TMJohnson@wiley.law

*Counsel for Petitioner*

Dated: January 30, 2024

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1, the Minnesota Telecom Alliance states as follows:

The Minnesota Telecom Alliance is a non-profit 501(c)(6) organization that has no parent company, and no publicly held company has a 10% or greater ownership interest in the Minnesota Telecom Alliance.

Respectfully Submitted,

By: /s/ Thomas M. Johnson, Jr.
Thomas M. Johnson, Jr.
**WILEY REIN LLP**
2050 M Street, NW
Washington, DC 20036
Tel: (202) 719-7000
Fax: (202) 719-7049
TMJohnson@wiley.law

*Counsel for Petitioner*

# CERTIFICATE OF SERVICE

I, Thomas M. Johnson, Jr., certify that on this 30th day of January, 2024, I caused this Petition to be served on the Circuit Clerk of this Court through the CM/ECF system. I further certify that I will serve a date-stamped copy of the Petition on the following counsel by the manner indicated:

*By Electronic Mail and Certified Mail*

P. Michele Ellison
General Counsel
Federal Communications Commission
45 L Street, NE
Washington, DC 20554
LitigationNotice@fcc.gov

*By Certified Mail*

Merrick B. Garland, Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

By: /s/ Thomas M. Johnson, Jr.
Thomas M. Johnson, Jr.