No. 24-1179 (and consolidated cases)

# In the United States Court of Appeals for the Eighth Circuit

MINNESOTA TELECOM ALLIANCE, ET AL.,
*Petitioners,*

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES OF AMERICA,
*Respondents.*

On Petition for Review from the
Federal Communications Commission
(No. 22-69, FCC 23-100)

**MOTION FOR LEAVE TO SUPPLEMENT THE RECORD**

JENNIFER B. DICKEY
KEVIN R. PALMER
U.S. CHAMBER LITIGATION CENTER
1615 H Street NW
Washington, DC 20062
(202) 463-5337

*Counsel for Petitioner the Chamber of Commerce of the United States of America*

JEFFREY B. WALL
MORGAN L. RATNER
ZOE A. JACOBY
SULLIVAN & CROMWELL LLP
1700 New York Avenue NW
Washington, DC 20006
(202) 956-7500
wallj@sullcrom.com

CONNIE L. WANG
SULLIVAN & CROMWELL LLP
550 Hamilton Avenue
Palo Alto, CA 94301

*Counsel for Petitioners the Chamber of Commerce of the United States of America, Texas Association of Business, and Longview Chamber of Commerce*

(*Additional counsel on next page*)

ROMAN MARTINEZ
MATTHEW A. BRILL
BLAKE E. STAFFORD
LATHAM & WATKINS LLP
555 Eleventh Street NW,
Suite 1000
Washington, DC 20004
(202) 637-2200
roman.martinez@lw.com

*Counsel for Petitioners
MCTA – The Missouri Internet
& Television Association, Ohio
Cable Telecommunications
Association, Florida Internet &
Television Association, Texas
Cable Association, and NCTA –
The Internet & Television
Association*


MICHAEL H. PRYOR
BROWNSTEIN HYATT FARBER
SCHRECK, LLP
1155 F Street NW, Suite 1200
Washington, DC 20004
(202) 383-4706
mpryor@bhfs.com

DAVID B. MESCHKE
ROSA L. BAUM
BROWNSTEIN HYATT FARBER
SCHRECK, LLP
675 Fifteenth Street, Suite 2900
Denver, CO 80202

*Counsel for Petitioner National
Multifamily Housing Council,
Inc.*

THOMAS SCOTT THOMPSON
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
555 12th Street NW, Suite 1100
Washington, DC 20004
(202) 434-7440
SThompson@mintz.com

*Counsel for Petitioners the
Wireless Infrastructure
Association, Power &
Communications Contractors
Association, and NATE: The
Communications Infrastructure
Contractors Association*


THOMAS M. JOHNSON, JR.
JEREMY J. BROGGI
MICHAEL J. SHOWALTER
BOYD GARRIOTT
WILLIAM TURNER
WILEY REIN LLP
2050 M Street, NW
Washington, DC 20036
(202) 719-7000
TMJohnson@wiley.law

*Counsel for Petitioners
Minnesota Telecom Alliance,
Ohio Telecom Association,
USTelecom – The Broadband
Association, CTIA – The
Wireless Association, Broadband
Association of Alabama and
Mississippi, Texas Telephone
Association, and WISPA – The
Association For Broadband
Without Boundaries*

JEFFREY A. LAMKEN
RAYINER I. HASHEM
MOLOLAMKEN LLP
The Watergate, Suite 500
600 New Hampshire Avenue NW
Washington, DC 20037
(202) 556-2024
jlamken@mololamken.com

*Counsel for Petitioner ACA Connects – America's Communications Association*

STEPHEN E. CORAN
LERMAN SENTER PLLC
2001 L Street NW, Suite 400
Washington, DC 20036
(202) 416-6744
scoran@lermansenter.com

*Counsel for Petitioner WISPA – The Association For Broadband Without Boundaries*

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eighth Circuit Rule 26.1A, Industry Petitioners make the following disclosures:

ACA Connects – America's Communications Association has no parent corporation and no publicly held corporation owns 10% or more of its stock, pays 10% or more of its dues, or possesses or exercises 10% or more of the voting control of ACA Connects.

The Broadband Association of Alabama and Mississippi is a non-profit 501(c)(6) organization that has no parent company, and no publicly held company has a 10% or greater ownership interest in the Broadband Association of Alabama and Mississippi.

The Chamber of Commerce of the United States of America has no parent corporation, and no publicly held company owns 10% or more of its stock.

CTIA – The Wireless Association has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Florida Internet & Television Association has no parent company, and no publicly held corporation owns 10% or more of its stock.

Appellate Case: 24-1179    Page: 4    Date Filed: 04/22/2024 Entry ID: 5385933

Longview Chamber of Commerce has no parent corporation, and no publicly held company owns 10% or more of its stock.

MCTA – The Missouri Internet & Television Association has no parent corporation, and no publicly traded corporation owns 10% or more of its stock.

The Minnesota Telecom Alliance is a non-profit 501(c)(6) organization that has no parent company, and no publicly held company has a 10% or greater ownership interest in the Minnesota Telecom Alliance.

NATE: The Communications Infrastructure Contractors Association (NATE) is a Section 501(c)(6) not-for-profit corporation organized under the laws of South Dakota. NATE does not have a parent corporation, and no publicly held corporation has an ownership stake of 10% or more in it.

National Multifamily Housing Council, Inc. (NMHC) is a Section 501(c)(6) not-for-profit corporation organized under the laws of Washington, D.C. NMHC does not have a parent corporation, and no publicly held corporation has an ownership stake of 10% or more in the corporation.

NCTA – The Internet & Television Association has no parent companies, subsidiaries, or affiliates whose listing is required by Rule 26.1.

Ohio Cable Telecommunications Association has no parent corporation, and no publicly traded corporation owns 10% or more of its stock.

The Ohio Telecom Association is a non-profit 501(c)(6) organization that has no parent company, and no publicly held company has a 10% or greater ownership interest in the Ohio Telecom Association.

Power & Communications Contractors Association (PCCA) is a Section 501(c)(6) not-for-profit corporation organized under the laws of Missouri. PCCA does not have a parent corporation and no publicly held corporation has an ownership stake of 10% or more in it.

Texas Association of Business has no parent corporation, and no publicly held company owns 10% or more of its stock.

Texas Cable Association has no parent corporation, and no publicly traded corporation owns 10% or more of its stock.

Texas Telephone Association is a non-profit 501(c)(6) organization that has no parent company, and no publicly held company has a 10% or greater ownership interest in the Texas Telephone Association.

USTelecom – The Broadband Association has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Wireless Infrastructure Association (WIA) is a Section 501(c)(6) not-for-profit corporation organized under the laws of Virginia. WIA does not have a

parent corporation, and no publicly held corporation has an ownership stake of 10% or more in it.

WISPA – The Association For Broadband Without Boundaries has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

# MOTION OF INDUSTRY PETITIONERS FOR
# LEAVE TO SUPPLEMENT THE RECORD

Industry Petitioners respectfully move this Court for leave to supplement the record with the attached proposed Special Appendix of Standing Declarations. Counsel for Industry Petitioners has contacted the other parties in this case for their position on the motion, and no party opposes.

In an agency rule challenge like this one, "a petitioner whose standing is not self-evident should establish its standing" by submitting affidavits or declarations with its "opening brief." *Owner-Operator Indep. Drivers Ass'n* v. *U.S. Dep't of Transp.*, 831 F.3d 961, 968 (8th Cir. 2016) (citation omitted); *Owner-Operator Indep. Drivers Ass'n* v. *U.S. Dep't of Transp.*, 878 F.3d 1099, 1102 n.4 (8th Cir. 2018) (citation omitted). Industry Petitioners' standing in this case is self-evident because Industry Petitioners have members that are the object of the challenged rule. *See Lujan* v. *Defenders of Wildlife*, 504 U.S. 555, 561-562 (1992); *Hunt* v. *Washington State Apple Advert. Comm'n*, 432 U.S. 333, 343 (1977). But consistent with common practice in agency litigation, several Petitioners plan to submit standing declarations out of an abundance of caution.

The Eighth Circuit Rules, however, do not address the proper method for submitting such declarations. Industry Petitioners cannot include the

declarations in the required Addendum, because they exceed 15 pages in length. *See* 8th Cir. R. 28A(g)(2). Nor would it make sense to include the declarations in the parties' joint appendix, because the parties have deferred the filing of that appendix until briefing concludes in August. *See* Judge Order, Entry ID 5379523, (8th Cir. Apr. 2, 2024). In light of those constraints, the case manager for this case informed counsel for Industry Petitioners that the appropriate procedure is to file a motion for leave to supplement the record.

Industry Petitioners therefore respectfully request leave to supplement the record and file the attached Special Appendix of Standing Declarations.

Respectfully submitted,

s/ Jeffrey B. Wall

| | |
|---|---|
| JENNIFER B. DICKEY<br>KEVIN R. PALMER<br>U.S. CHAMBER LITIGATION CENTER<br>1615 H Street NW<br>Washington, DC 20062<br>(202) 463-5337<br><br>*Counsel for Petitioner Chamber of Commerce of the United States of America* | JEFFREY B. WALL<br>MORGAN L. RATNER<br>ZOE A. JACOBY<br>SULLIVAN & CROMWELL LLP<br>1700 New York Avenue, NW<br>Washington, DC 20006<br>(202) 956-7500<br>wallj@sullcrom.com<br><br>CONNIE L. WANG<br>SULLIVAN & CROMWELL LLP<br>550 Hamilton Avenue<br>Palo Alto, CA 94301<br><br>*Counsel for Petitioners Chamber of Commerce of the United States of America, Texas Association of Business, and Longview Chamber of Commerce* |
| ROMAN MARTINEZ<br>MATTHEW A. BRILL<br>BLAKE E. STAFFORD<br>LATHAM & WATKINS LLP<br>555 Eleventh Street NW, Suite 1000<br>Washington, DC 20004<br>(202) 637-2200<br>roman.martinez@lw.com<br><br>*Counsel for Petitioners MCTA – The Missouri Internet & Television Association, Ohio Cable Telecommunications Association, Florida Internet & Television Association, Texas Cable Association, and NCTA – The Internet & Television Association* | THOMAS SCOTT THOMPSON<br>MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.<br>555 12th Street NW, Suite 1100<br>Washington, DC 20004<br>(202) 434-7440<br>SThompson@mintz.com<br><br>*Counsel for Petitioners the Wireless Infrastructure Association, Power & Communications Contractors Association, and NATE: The Communications Infrastructure Contractors Association* |

MICHAEL H. PRYOR
BROWNSTEIN HYATT FARBER
SCHRECK, LLP
1155 F Street NW, Suite 1200
Washington, DC 20004
(202) 383-4706
mpryor@bhfs.com

DAVID B. MESCHKE
ROSA L. BAUM
BROWNSTEIN HYATT FARBER
SCHRECK, LLP
675 Fifteenth Street, Suite 2900
Denver, CO 80202

*Counsel for Petitioner National Multifamily Housing Council, Inc.*


JEFFREY A. LAMKEN
RAYINER I. HASHEM
MOLOLAMKEN LLP
The Watergate, Suite 500
600 New Hampshire Avenue, NW
Washington, DC 20037
(202) 556-2024
jlamken@mololamken.com

*Counsel for Petitioner ACA Connects – America's Communications Association*

THOMAS M. JOHNSON, JR.
JEREMY J. BROGGI
MICHAEL J. SHOWALTER
BOYD GARRIOTT
WILLIAM TURNER
WILEY REIN LLP
2050 M Street, NW
Washington, DC 20036
(202) 719-7000
TMJohnson@wiley.law

*Counsel for Petitioners Minnesota Telecom Alliance, Ohio Telecom Association, USTelecom – The Broadband Association, CTIA – The Wireless Association, Broadband Association of Alabama and Mississippi, Texas Telephone Association, and WISPA – The Association For Broadband Without Boundaries*


STEPHEN E. CORAN
LERMAN SENTER PLLC
2001 L Street NW | Suite 400 |
Washington, DC 20036
(202) 416-6744
scoran@lermansenter.com

*Counsel for Petitioner WISPA – The Association For Broadband Without Boundaries*

APRIL 22, 2024

4

# CERTIFICATE OF COMPLIANCE

This motion complies with Federal Rule of Appellate Procedure 27(d)(2) and this Court's order of April 2, 2024 because it contains 300 words.

This motion also complies with the requirements of Federal Rule of Appellate Procedure 32(a) because it was prepared in 14-point font using a proportionally spaced typeface.

s/ Jeffrey B. Wall  
JEFFREY B. WALL

APRIL 22, 2024

# CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2024, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/ Jeffrey B. Wall  
JEFFREY B. WALL

APRIL 22, 2024