# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: Minnesota Telecom Alliance vs. FCC, et al.

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-1179 **for the following party(s): (please specify)** (and consolidated cases)

The National Apartment Association

| ☐ Appellant(s) | ☐ Petitioner(s) | ☐ Appellee(s) | ☐ Respondent(s) | ☑ Amicus Curiae | ☐ Intervenor(s) |

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Jonathan Y. Ellis    s/: Jonathan Y. Ellis

Firm Name: McGuireWoods LLP

Business Address: 501 Fayetteville St.

City/State/Zip: Raleigh, NC 27601

Telephone Number (Area Code): (919) 755-6588

Email Address: jellis@mcguirewoods.com

## CERTIFICATE OF SERVICE

☑ I hereby certify that on May 2, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: