# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Stephanie N. O'Banion**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

**TO:** Jonathan Yates Ellis
Grace Greene Simmons
**cc:** Jennifer Erickson Baak
Ellie Jean Bailey
Corbin Barthold
Rosa L. Baum
Joseph A. Bingham
Matthew A. Brill
Jeremy Joseph Broggi
Edward G. Caspar
Sarah Citrin
Stephen E. Coran
Paul Richard Draper
James E. Dunstan
Alizeh Ahmad
P. Michele Ellison
John P. Elwood
Claire Fahlman
Merrick B. Garland
Boyd Garriott
Zoe A. Jacoby
Thomas M. Johnson Jr.
Jeffrey Alan Lamken
Jacob Matthew Lewis
Roman Martinez
David B. Meschke
Dan Morenoff
Robert Nicholson
Michael H. Pryor
Morgan L. Ratner
William Scher
Andrew Jay Schwartzman
Michael J. Showalter
Cory L. Andrews
Gerard Sinzdak
Adam Sorensen
Blake E. Stafford
Berin Szoka
Thomas Scott Thompson
William Turner
Jeffrey B. Wall
Connie Lu Wang
Robert J. Wiggers

|  |  |
|---|---|
| | Erin Elizabeth Wilcox |
| **FROM:** | Clifford R. Jackson |
| **DATE:** | May 03, 2024 |
| **RE:** | 24-1179  Minnesota Telecom Alliance v. FCC, et al |
| | 24-1183  MCTA v. FCC, et al |
| | 24-1301  Ohio Telecom Association v. FCC, et al |
| | 24-1304  Ohio Cable Telecommunications Assoc. v. FCC, et al |
| | 24-1309  Florida Internet & Television Assoc. v. FCC, et al |
| | 24-1315  Broadband Assoc. of AL and MS v. FCC, et al |
| | 24-1354  Chamber of Commerce, et al v. FCC, et al |
| | 24-1362  Texas Cable Association v. FCC, et al |
| | 24-1364  Texas Telephone Association v. FCC, et al |
| | 24-1376  NCTA, et al v. FCC, et al |
| | 24-1378  USTelecom, et al v. FCC, et al |
| | 24-1411  Wireless Infrastructure Assoc., et al v. FCC, et al |
| | 24-1444  WISPA v. FCC, et al |
| | 24-1509  Nat'l Multifamily Housing Council v. FCC, et al |

Your paper briefs in the above-case have been received. In reviewing the briefs, we noted the deficiency shown below.

**Your Certificate of Service is due 5 days from the date of this notice.**

\_\_\_X\_\_ Please file a Corrected Certificate of Service entry in CM/ECF showing service of the paper copies of your brief to the parties' counsel. The certificate must show the date and method of service.