# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-1179

Minnesota Telecom Alliance

Petitioner

v.

Federal Communications Commission and United States of America

Respondents

Benton Institute for Broadband & Society, et al.

Intervenors

------------------------------

TechFreedom, et al.

Amici on Behalf of Petitioner

Constitutional Accountability Center, et al.

Amici on Behalf of Respondent

No: 24-1183

Missouri Internet & Television Association

Petitioner

v.

Federal Communications Commission and United States of America

Respondents

Benton Institute for Broadband & Society, et al.

Intervenors

------------------------------

TechFreedom, et al.

Amici on Behalf of Petitioner

Constitutional Accountability Center, et al.

Amici on Behalf of Respondent

No: 24-1301

Ohio Telecom Association

Petitioner

v.

Federal Communications Commission and United States of America

Respondents

Benton Institute for Broadband & Society, et al.

Intervenors

------------------------------

TechFreedom, et al.

Amici on Behalf of Petitioner

Constitutional Accountability Center, et al.

Amici on Behalf of Respondent

No: 24-1304

Ohio Cable Telecommunications Association

Petitioner

v.

Federal Communications Commission and United States of America

Respondents

Benton Institute for Broadband & Society, et al.

Intervenors

------------------------------

TechFreedom, et al.

Amici on Behalf of Petitioner

Constitutional Accountability Center, et al.

Amici on Behalf of Respondent

No: 24-1309

Florida Internet & Television Association

Petitioner

v.

Federal Communications Commission and United States of America

Respondents

Benton Institute for Broadband & Society, et al.

Intervenors

------------------------------

TechFreedom, et al.

Amici on Behalf of Petitioner

Constitutional Accountability Center, et al.

Amici on Behalf of Respondent

No: 24-1315

Broadband Association of Alabama and Mississippi

Petitioner

v.

Federal Communications Commission and United States of America

Respondents

Benton Institute for Broadband & Society, et al.

Intervenors

------------------------------

TechFreedom, et al.

Amici on Behalf of Petitioner

Constitutional Accountability Center, et al.

Amici on Behalf of Respondent

No: 24-1317

Benton Institute for Broadband & Society

Petitioner

v.

Federal Communications Commission and United States of America

Respondents

------------------------------

Constitutional Accountability Center, et al.

Amici on Behalf of Respondent

No: 24-1319

Media Alliance and Great Public Schools Now

Petitioners

v.

Federal Communications Commission and United States of America

Respondents

------------------------------

Constitutional Accountability Center, et al.

Amici on Behalf of Respondent

No: 24-1354

Chamber of Commerce of the United States of America, et al.

Petitioners

v.

Federal Communications Commission and United States of America

Respondents

Benton Institute for Broadband & Society, et al.

Intervenors

------------------------------

TechFreedom, et al.

Amici on Behalf of Petitioner

Constitutional Accountability Center, et al.

Amici on Behalf of Respondent

No: 24-1362

Texas Cable Association

Petitioner

v.

Federal Communications Commission and United States of America

Respondents

Benton Institute for Broadband & Society, et al.

Intervenors

------------------------------

TechFreedom, et al.

Amici on Behalf of Petitioner

Constitutional Accountability Center, et al.

Amici on Behalf of Respondent

No: 24-1364

Texas Telephone Association

Petitioner

v.

Federal Communications Commission and United States of America

Respondents

Benton Institute for Broadband & Society, et al.

Intervenors

------------------------------

TechFreedom, et al.

Amici on Behalf of Petitioner

Constitutional Accountability Center, et al.

Amici on Behalf of Respondent

No: 24-1376

NCTA-The Internet & Television Association and ACA Connects - America's Communications Association

Petitioners

v.

Federal Communications Commission and United States of America

Respondents

Benton Institute for Broadband & Society, et al.

Intervenors

------------------------------

TechFreedom, et al.

Amici on Behalf of Petitioner

Constitutional Accountability Center, et al.

Amici on Behalf of Respondent

No: 24-1378

USTelecom - The Broadband Association and Cellular Telecommunications Industry Association, The Wireless Association

Petitioners

v.

Federal Communications Commission and United States of America

Respondents

Benton Institute for Broadband & Society, et al.

Intervenors

------------------------------

TechFreedom, et al.

Amici on Behalf of Petitioner

Constitutional Accountability Center, et al.

Amici on Behalf of Respondent

No: 24-1411

Wireless Infrastructure Association, et al.

Petitioners

v.

Federal Communications Commission and United States of America

Respondents

Benton Institute for Broadband & Society, et al.

Intervenors

------------------------------

TechFreedom, et al.

Amici on Behalf of Petitioner

Constitutional Accountability Center, et al.

Amici on Behalf of Respondent

No: 24-1444

Wireless Internet Service Providers Association, also known as WISPA

Petitioner

v.

Federal Communications Commission and United States of America

Respondents

Benton Institute for Broadband & Society, et al.

Intervenors

------------------------------

TechFreedom, et al.

Amici on Behalf of Petitioner

Constitutional Accountability Center, et al.

Amici on Behalf of Respondent

No: 24-1509

National Multifamily Housing Council, Inc.

Petitioner

v.

Federal Communications Commission and United States of America

Respondents

Benton Institute for Broadband & Society, et al.

Intervenors

------------------------------

TechFreedom, et al.

Amici on Behalf of Petitioner

Constitutional Accountability Center, et al.

Amici on Behalf of Respondent

---

Petition for Review of an Order of the Federal Communications Commission
(22-69)
(23-100: 22-69)
(23-100)
(23-100)
(23-100)
(23-100)
(23-100)

(23-100)
(23-100)

## **ORDER**

The public-interest petitioners and intervenors' motion for leave for additional counsel to participate in oral argument has been considered by the court and is granted.

September 05, 2024

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Maureen W. Gornik