# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| Minnesota Telecom Alliance, et al., | |
| *Petitioners*, | Case Nos. 24-1179 and 24-1354 |
| v. | |
| Federal Communications Commission and United States of America, | **NOTICE OF CHANGE OF ADDRESS** |
| *Respondents*. | |

**PLEASE TAKE NOTICE** that the address and contact information of Jeffrey B. Wall, counsel for Petitioners Chamber of Commerce of the United States of America, Texas Association of Business, and Longview Chamber of Commerce, have changed to the following:

Jeffrey B. Wall
Gibson, Dunn & Crutcher LLP
1700 M Street, NW
Washington, D.C. 20036
Telephone: (202) 955-8533
JWall@gibsondunn.com

Dated:  April 30, 2026

Respectfully submitted,

**GIBSON, DUNN & CRUTCHER, LLP**

*/s/ Jeffrey B. Wall*
Jeffrey B. Wall
Gibson, Dunn & Crutcher LLP
1700 M Street, NW
Washington, D.C. 20036
Telephone: (202) 955-8533
JWall@gibsondunn.com

*Counsel for Petitioners Chamber
of Commerce of the United States
of America, Texas Association of
Business, and Longview Chamber
of Commerce*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2026, the foregoing **Notice of Change of Address** was filed electronically with the Clerk of Court for the United States Court of Appeals for the Eighth Circuit by using the Court's CM/ECF system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Jeffrey B. Wall
Jeffrey B. Wall