# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No. 24-1179
_____

Minnesota Telecom Alliance

Petitioner

v.

Federal Communications Commission; United States of America

Respondents

Benton Institute for Broadband & Society; Great Public Schools Now; Media Alliance

Intervenors

------------------------------

TechFreedom; National Apartment Association; American Civil Rights Project; National Association of Manufacturers; International Center for Law & Economics; Information Technology & Innovation Foundation; State of Georgia; State of Alabama; State of Alaska; State of Arkansas; State of Florida; State of Idaho; State of Indiana; State of Iowa; State of Kentucky; State of Louisiana; State of Mississippi; State of Missouri; State of Montana; State of Nebraska; State of Ohio; State of South Carolina; State of South Dakota; State of Tennessee; State of Texas; State of Utah; Pacific Legal Foundation; Washington Legal Foundation; NTCA - The Rural Broadband Association

Amici on Behalf of Petitioner

Constitutional Accountability Center; NAACP Legal Defense and Educational Fund, Inc.; Asian Americans Advancing Justice; American Civil Liberties Union; Communications Workers of America; United Church of Christ, Office of Communication, Inc.; Public Knowledge; Electronic Privacy Information Center

Amici on Behalf of Respondent

_____

No. 24-1183
_____

Missouri Internet & Television Association

Petitioner

v.

Federal Communications Commission; United States of America

Respondents

Benton Institute for Broadband & Society; Great Public Schools Now; Media Alliance

Intervenors

------------------------------

TechFreedom; National Apartment Association; American Civil Rights Project; National Association of Manufacturers; International Center for Law & Economics; Information Technology & Innovation Foundation; State of Georgia; State of Alabama; State of Alaska; State of Arkansas; State of Florida; State of Idaho; State of Indiana; State of Iowa; State of Kentucky; State of Louisiana; State of Mississippi; State of Missouri; State of Montana; State of Nebraska; State of Ohio; State of South Carolina; State of South Dakota; State of Tennessee; State of Texas; State of Utah; Pacific Legal Foundation; Washington Legal Foundation; NTCA - The Rural Broadband Association

Amici on Behalf of Petitioner

Constitutional Accountability Center; NAACP Legal Defense and Educational Fund, Inc.; Asian Americans Advancing Justice; American Civil Liberties Union; Communications Workers of America; United Church of Christ, Office of Communication, Inc.; Public Knowledge; Electronic Privacy Information Center

Amici on Behalf of Respondent

---

No. 24-1301

---

Ohio Telecom Association

Petitioner

v.

Federal Communications Commission; United States of America

Respondents

Benton Institute for Broadband & Society; Great Public Schools Now; Media Alliance

Intervenors

------------------------------

TechFreedom; National Apartment Association; American Civil Rights Project; National Association of Manufacturers; International Center for Law & Economics; Information Technology & Innovation Foundation; State of Georgia; State of Alabama; State of Alaska; State

of Arkansas; State of Florida; State of Idaho; State of Indiana; State of Iowa; State of Kentucky; State of Louisiana; State of Mississippi; State of Missouri; State of Montana; State of Nebraska; State of Ohio; State of South Carolina; State of South Dakota; State of Tennessee; State of Texas; State of Utah; Pacific Legal Foundation; Washington Legal Foundation; NTCA - The Rural Broadband Association

Amici on Behalf of Petitioner

Constitutional Accountability Center; NAACP Legal Defense and Educational Fund, Inc.; Asian Americans Advancing Justice; American Civil Liberties Union; Communications Workers of America; United Church of Christ, Office of Communication, Inc.; Public Knowledge; Electronic Privacy Information Center

Amici on Behalf of Respondent

————————————

No. 24-1304

————————————

Ohio Cable Telecommunications Association

Petitioner

v.

Federal Communications Commission; United States of America

Respondents

Benton Institute for Broadband & Society; Great Public Schools Now; Media Alliance

Intervenors

------------------------------

TechFreedom; National Apartment Association; American Civil Rights Project; National Association of Manufacturers; International Center for Law & Economics; Information Technology & Innovation Foundation; State of Georgia; State of Alabama; State of Alaska; State of Arkansas; State of Florida; State of Idaho; State of Indiana; State of Iowa; State of Kentucky; State of Louisiana; State of Mississippi; State of Missouri; State of Montana; State of Nebraska; State of Ohio; State of South Carolina; State of South Dakota; State of Tennessee; State of Texas; State of Utah; Pacific Legal Foundation; Washington Legal Foundation; NTCA - The Rural Broadband Association

Amici on Behalf of Petitioner

Constitutional Accountability Center; NAACP Legal Defense and Educational Fund, Inc.; Asian Americans Advancing Justice; American Civil Liberties Union; Communications Workers of America; United Church of Christ, Office of Communication, Inc.; Public Knowledge; Electronic Privacy Information Center

Amici on Behalf of Respondent

No. 24-1309

Florida Internet & Television Association

Petitioner

v.

Federal Communications Commission; United States of America

Respondents

Benton Institute for Broadband & Society; Great Public Schools Now; Media Alliance

Intervenors

------------------------------

TechFreedom; National Apartment Association; American Civil Rights Project; National Association of Manufacturers; International Center for Law & Economics; Information Technology & Innovation Foundation; State of Georgia; State of Alabama; State of Alaska; State of Arkansas; State of Florida; State of Idaho; State of Indiana; State of Iowa; State of Kentucky; State of Louisiana; State of Mississippi; State of Missouri; State of Montana; State of Nebraska; State of Ohio; State of South Carolina; State of South Dakota; State of Tennessee; State of Texas; State of Utah; Pacific Legal Foundation; Washington Legal Foundation; NTCA - The Rural Broadband Association

Amici on Behalf of Petitioner

Constitutional Accountability Center; NAACP Legal Defense and Educational Fund, Inc.; Asian Americans Advancing Justice; American Civil Liberties Union; Communications Workers of America; United Church of Christ, Office of Communication, Inc.; Public Knowledge; Electronic Privacy Information Center

Amici on Behalf of Respondent

No. 24-1315

Broadband Association of Alabama and Mississippi

Petitioner

v.

Federal Communications Commission; United States of America

Respondents

Benton Institute for Broadband & Society; Great Public Schools Now; Media Alliance

Intervenors

------------------------------

TechFreedom; National Apartment Association; American Civil Rights Project; National Association of Manufacturers; International Center for Law & Economics; Information Technology & Innovation Foundation; State of Georgia; State of Alabama; State of Alaska; State of Arkansas; State of Florida; State of Idaho; State of Indiana; State of Iowa; State of Kentucky; State of Louisiana; State of Mississippi; State of Missouri; State of Montana; State of Nebraska; State of Ohio; State of South Carolina; State of South Dakota; State of Tennessee; State of Texas; State of Utah; Pacific Legal Foundation; Washington Legal Foundation; NTCA - The Rural Broadband Association

Amici on Behalf of Petitioner

Constitutional Accountability Center; NAACP Legal Defense and Educational Fund, Inc.; Asian Americans Advancing Justice; American Civil Liberties Union; Communications Workers of America; United Church of Christ, Office of Communication, Inc.; Public Knowledge; Electronic Privacy Information Center

Amici on Behalf of Respondent

_____

No.  24-1317

_____

Benton Institute for Broadband & Society

Petitioner

v.

Federal Communications Commission; United States of America

Respondents

------------------------------

Constitutional Accountability Center; NAACP Legal Defense and Educational Fund, Inc.; Asian Americans Advancing Justice; American Civil Liberties Union; Communications Workers of America; United Church of Christ, Office of Communication, Inc.; Public Knowledge; Electronic Privacy Information Center

Amici on Behalf of Respondent

_____

No.  24-1319

_____

Media Alliance; Great Public Schools Now

Petitioners

v.

Federal Communications Commission; United States of America

Respondents

------------------------------

Constitutional Accountability Center; NAACP Legal Defense and Educational Fund, Inc.; Asian Americans Advancing Justice; American Civil Liberties Union; Communications Workers of America; United Church of Christ, Office of Communication, Inc.; Public Knowledge; Electronic Privacy Information Center

Amici on Behalf of Respondent

_____

No. 24-1354

_____

Chamber of Commerce of the United States of America; Texas Association of Business; Longview Chamber of Commerce

Petitioners

v.

Federal Communications Commission; United States of America

Respondents

Benton Institute for Broadband & Society; Great Public Schools Now; Media Alliance

Intervenors

------------------------------

TechFreedom; National Apartment Association; American Civil Rights Project; National Association of Manufacturers; International Center for Law & Economics; Information Technology & Innovation Foundation; State of Georgia; State of Alabama; State of Alaska; State of Arkansas; State of Florida; State of Idaho; State of Indiana; State of Iowa; State of Kentucky; State of Louisiana; State of Mississippi; State of Missouri; State of Montana; State of Nebraska; State of Ohio; State of South Carolina; State of South Dakota; State of Tennessee; State of Texas; State of Utah; Pacific Legal Foundation; Washington Legal Foundation; NTCA - The Rural Broadband Association

Amici on Behalf of Petitioner

Constitutional Accountability Center; NAACP Legal Defense and Educational Fund, Inc.; Asian

Americans Advancing Justice; American Civil Liberties Union; Communications Workers of America; United Church of Christ, Office of Communication, Inc.; Public Knowledge; Electronic Privacy Information Center

Amici on Behalf of Respondent

------------------------

No. 24-1362

------------------------

Texas Cable Association

Petitioner

v.

Federal Communications Commission; United States of America

Respondents

Benton Institute for Broadband & Society; Great Public Schools Now; Media Alliance

Intervenors

-----------------------------

TechFreedom; National Apartment Association; American Civil Rights Project; National Association of Manufacturers; International Center for Law & Economics; Information Technology & Innovation Foundation; State of Georgia; State of Alabama; State of Alaska; State of Arkansas; State of Florida; State of Idaho; State of Indiana; State of Iowa; State of Kentucky; State of Louisiana; State of Mississippi; State of Missouri; State of Montana; State of Nebraska; State of Ohio; State of South Carolina; State of South Dakota; State of Tennessee; State of Texas; State of Utah; Pacific Legal Foundation; Washington Legal Foundation; NTCA - The Rural Broadband Association

Amici on Behalf of Petitioner

Constitutional Accountability Center; NAACP Legal Defense and Educational Fund, Inc.; Asian Americans Advancing Justice; American Civil Liberties Union; Communications Workers of America; United Church of Christ, Office of Communication, Inc.; Public Knowledge; Electronic Privacy Information Center

Amici on Behalf of Respondent

------------------------

No. 24-1364

------------------------

Texas Telephone Association

Petitioner

v.

Federal Communications Commission; United States of America

Respondents

Benton Institute for Broadband & Society; Great Public Schools Now; Media Alliance

Intervenors

-----------------------------

TechFreedom; National Apartment Association; American Civil Rights Project; National Association of Manufacturers; International Center for Law & Economics; Information Technology & Innovation Foundation; State of Georgia; State of Alabama; State of Alaska; State of Arkansas; State of Florida; State of Idaho; State of Indiana; State of Iowa; State of Kentucky; State of Louisiana; State of Mississippi; State of Missouri; State of Montana; State of Nebraska; State of Ohio; State of South Carolina; State of South Dakota; State of Tennessee; State of Texas; State of Utah; Pacific Legal Foundation; Washington Legal Foundation; NTCA - The Rural Broadband Association

Amici on Behalf of Petitioner

Constitutional Accountability Center; NAACP Legal Defense and Educational Fund, Inc.; Asian Americans Advancing Justice; American Civil Liberties Union; Communications Workers of America; United Church of Christ, Office of Communication, Inc.; Public Knowledge; Electronic Privacy Information Center

Amici on Behalf of Respondent

_____

No. 24-1376
_____

NCTA-The Internet & Television Association; ACA Connects - America's Communications Association

Petitioners

v.

Federal Communications Commission; United States of America

Respondents

Benton Institute for Broadband & Society; Great Public Schools Now; Media Alliance

Intervenors

-----------------------------

TechFreedom; National Apartment Association; American Civil Rights Project; National

Association of Manufacturers; International Center for Law & Economics; Information Technology & Innovation Foundation; State of Georgia; State of Alabama; State of Alaska; State of Arkansas; State of Florida; State of Idaho; State of Indiana; State of Iowa; State of Kentucky; State of Louisiana; State of Mississippi; State of Missouri; State of Montana; State of Nebraska; State of Ohio; State of South Carolina; State of South Dakota; State of Tennessee; State of Texas; State of Utah; Pacific Legal Foundation; Washington Legal Foundation; NTCA - The Rural Broadband Association

Amici on Behalf of Petitioner

Constitutional Accountability Center; NAACP Legal Defense and Educational Fund, Inc.; Asian Americans Advancing Justice; American Civil Liberties Union; Communications Workers of America; United Church of Christ, Office of Communication, Inc.; Public Knowledge; Electronic Privacy Information Center

Amici on Behalf of Respondent

------------------------

No. 24-1378

------------------------

USTelecom - The Broadband Association; Cellular Telecommunications Industry Association, The Wireless Association

Petitioners

v.

Federal Communications Commission; United States of America

Respondents

Benton Institute for Broadband & Society; Great Public Schools Now; Media Alliance

Intervenors

------------------------------

TechFreedom; National Apartment Association; American Civil Rights Project; National Association of Manufacturers; International Center for Law & Economics; Information Technology & Innovation Foundation; State of Georgia; State of Alabama; State of Alaska; State of Arkansas; State of Florida; State of Idaho; State of Indiana; State of Iowa; State of Kentucky; State of Louisiana; State of Mississippi; State of Missouri; State of Montana; State of Nebraska; State of Ohio; State of South Carolina; State of South Dakota; State of Tennessee; State of Texas; State of Utah; Pacific Legal Foundation; Washington Legal Foundation; NTCA - The Rural Broadband Association

Amici on Behalf of Petitioner

Constitutional Accountability Center; NAACP Legal Defense and Educational Fund, Inc.; Asian Americans Advancing Justice; American Civil Liberties Union; Communications Workers of America; United Church of Christ, Office of Communication, Inc.; Public Knowledge;

Electronic Privacy Information Center

Amici on Behalf of Respondent

_____

No.  24-1411

_____

Wireless Infrastructure Association; Power & Communications Contractors Association; NATE: The Communications Infrastructure Contractors Association

Petitioners

v.

Federal Communications Commission; United States of America

Respondents

Benton Institute for Broadband & Society; Great Public Schools Now; Media Alliance

Intervenors

-----------------------------

TechFreedom; National Apartment Association; American Civil Rights Project; National Association of Manufacturers; International Center for Law & Economics; Information Technology & Innovation Foundation; State of Georgia; State of Alabama; State of Alaska; State of Arkansas; State of Florida; State of Idaho; State of Indiana; State of Iowa; State of Kentucky; State of Louisiana; State of Mississippi; State of Missouri; State of Montana; State of Nebraska; State of Ohio; State of South Carolina; State of South Dakota; State of Tennessee; State of Texas; State of Utah; Pacific Legal Foundation; Washington Legal Foundation; NTCA - The Rural Broadband Association

Amici on Behalf of Petitioner

Constitutional Accountability Center; NAACP Legal Defense and Educational Fund, Inc.; Asian Americans Advancing Justice; American Civil Liberties Union; Communications Workers of America; United Church of Christ, Office of Communication, Inc.; Public Knowledge; Electronic Privacy Information Center

Amici on Behalf of Respondent

_____

No.  24-1444

_____

Wireless Internet Service Providers Association, also known as WISPA

Petitioner

v.

Federal Communications Commission; United States of America

Respondents

Benton Institute for Broadband & Society; Great Public Schools Now; Media Alliance

Intervenors

------------------------------

TechFreedom; National Apartment Association; American Civil Rights Project; National Association of Manufacturers; International Center for Law & Economics; Information Technology & Innovation Foundation; State of Georgia; State of Alabama; State of Alaska; State of Arkansas; State of Florida; State of Idaho; State of Indiana; State of Iowa; State of Kentucky; State of Louisiana; State of Mississippi; State of Missouri; State of Montana; State of Nebraska; State of Ohio; State of South Carolina; State of South Dakota; State of Tennessee; State of Texas; State of Utah; Pacific Legal Foundation; Washington Legal Foundation; NTCA - The Rural Broadband Association

Amici on Behalf of Petitioner

Constitutional Accountability Center; NAACP Legal Defense and Educational Fund, Inc.; Asian Americans Advancing Justice; American Civil Liberties Union; Communications Workers of America; United Church of Christ, Office of Communication, Inc.; Public Knowledge; Electronic Privacy Information Center

Amici on Behalf of Respondent

---

No. 24-1509

---

National Multifamily Housing Council, Inc.

Petitioner

v.

Federal Communications Commission; United States of America

Respondents

Benton Institute for Broadband & Society; Great Public Schools Now; Media Alliance

Intervenors

------------------------------

TechFreedom; National Apartment Association; American Civil Rights Project; National Association of Manufacturers; International Center for Law & Economics; Information Technology & Innovation Foundation; State of Georgia; State of Alabama; State of Alaska; State

of Arkansas; State of Florida; State of Idaho; State of Indiana; State of Iowa; State of Kentucky; State of Louisiana; State of Mississippi; State of Missouri; State of Montana; State of Nebraska; State of Ohio; State of South Carolina; State of South Dakota; State of Tennessee; State of Texas; State of Utah; Pacific Legal Foundation; Washington Legal Foundation; NTCA - The Rural Broadband Association

Amici on Behalf of Petitioner

Constitutional Accountability Center; NAACP Legal Defense and Educational Fund, Inc.; Asian Americans Advancing Justice; American Civil Liberties Union; Communications Workers of America; United Church of Christ, Office of Communication, Inc.; Public Knowledge; Electronic Privacy Information Center

Amici on Behalf of Respondent

---

Petition for Review of an Order of the Federal Communications Commission
(22-69)
(23-100: 22-69)
(23-100)
(23-100)
(23-100)
(23-100)
(23-100)
(23-100)
(23-100)

---

**JUDGMENT**

Before LOKEN, BENTON, and GRASZ, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the Industry Petitioners' petition for review is granted in part. The Public Interest Petitioners' petition for review is denied, and the final rule is vacated in accordance with the opinion of this court.

May 06, 2026

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler